IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CYTHNIA SOSA, | ) | 1:09cv863 GSA |
| | ) | |
| | ) | ORDER DISCHARGING |
| | ) | ORDER TO SHOW CAUSE |
| Plaintiff, | ) | (Document 12) |
| | ) | |
| vs. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner, | ) | |
| | ) | |
| Defendant. | ) | |

On May 14, 2009, Plaintiff filed the present action for judicial review of the denial of her Social Security benefits. On February 1, 2010, the Court issued an order to show cause why sanctions should not be imposed for Plaintiff's failure to file an opening brief by January 4, 2010.

On February 22, 2010, Plaintiff's counsel filed a response to the order to show cause and explained that she missed the filing deadline because it was not properly calendared. Counsel filed the opening brief in conjunction with the response to the order to show cause. Based on the foregoing, it appears that Plaintiff's failure to file the opening brief was inadvertent. Accordingly, the order to show cause is hereby DISCHARGED. Defendant shall file its opposition within thirty (30) days from the date of this order. Plaintiff shall file any reply within fifteen (15) days after Defendant's opposition is served.

IT IS SO ORDERED.

Dated: **February 23, 2010**     **/s/ Gary S. Austin**
                               UNITED STATES MAGISTRATE JUDGE

1