IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| CYNTHIA SOSA,                )<br>                                            )<br>            Plaintiff,             )<br>                                            )<br>      v.                                )<br>                                            )<br>MICHAEL J. ASTRUE,        )<br>Commissioner of Social Security, )<br>                                            )<br>            Defendant.           )<br>_____ ) | CIVIL NO. 1:09-cv-863-GSA<br><br>ORDER FOR THE AWARD OF ATTORNEYS' FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)<br><br>(Doc. 22) |

   Plaintiff, Cynthia Sosa filed a petition for attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412 on November 3, 2011. (Doc. 22).   Defendant has filed a non-opposition to the request.  Upon a review of the pleadings, the request is reasonable and is granted.

   The Court has considered the application and finds: (1) Plaintiff is a prevailing party; (2) Plaintiff meets the net worth requirements of 28 U.S.C § 2412(b)(2)(B); (3) the "position of the United States" was not substantially justified; 4) there are no "special circumstances" that make an award unjust under Title 28 § 2412(d)(1)(A); (5) the requested hourly rate is appropriate; and (6) the hours claimed by Plaintiff's attorneys reasonably were expended.

   THEREFORE, IT IS HEREBY ORDERED, that Plaintiff is awarded attorney's  fees

under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of four thousand five hundred seventy-one dollars and eighty-five cents ($4,571.85). The Court has determined that this amount of attorney's fees and paralegal fees is reasonable.  Plaintiff is also awarded sixty dollars ($60) in costs.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees and expenses to be made directly to Laura Krank, pursuant to the assignment executed by Plaintiff.  Any payments made shall be delivered to Plaintiff's counsel, Laura Krank.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

IT IS SO ORDERED.

Dated:   **December 8, 2011**                          /s/ **Gary S. Austin**
                                                              UNITED STATES MAGISTRATE JUDGE